UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:20-CV-81308-REINHART**

**ADAM SELIGSON**,

    Plaintiff,

v.

**RAPID PLUMBING & MECHNICAL, INC.**
**ROBERT PUGLIESE, JR.,** individually, and
**JEANNIE LEHMBECK**, individually,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, DISMISSING COMPLAINT WITH PREJUDICE, AND CLOSING CASE (ECF NO. 23)**

THIS CAUSE is before the Court upon the parties' Joint Motion requesting approval of the parties' settlement agreement and to dismiss the lawsuit with prejudice. ECF No. 23. The Court conducted a telephonic fairness hearing on September 29, 2020. Pursuant to the Settlement Agreement reached between the parties, and reviewed by the Court *in camera*, it is **ORDERED AND ADJUDGED** as follows:

1. After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The parties' Joint Motion (ECF No. 23) is **GRANTED**.

3. The parties' FLSA Settlement Agreement is hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' FLSA Settlement Agreement for a period of 30 days.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 29th day of September, 2020.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE